# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| GEOSTABILIZATION INTERNATIONAL, LLC and GEO HOLDING PARENT CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID FREISTAEDTER and ROCK SUPREMACY, LLC,<br><br>Defendants. | Case No. 2:23-cv-59<br><br>Judge Atchley<br>Magistrate Judge Wyrick |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed this action and entering the Agreed Injunction and Stipulation of Dismissal [Doc. 49],

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED** according to the terms in the Agreed Injunction and Stipulation of Dismissal.

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT